1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CARLOS LINARES-MARTINEZ

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,           )   No. CR 11-00420 EJD
                                        )
           Plaintiff,                   )   STIPULATION AND [PROPOSED]
13                                      )   ORDER CONTINUING SENTENCING
                                        )   HEARING DATE
14  vs.                                 )
                                        )
15                                      )
                                        )
16  CARLOS LINARES-MARTINEZ,            )
                                        )
17         Defendant.                   )
    _____)   **Honorable Edward J. Davila**

18

19       Defendant Carlos Linares-Martinez, by and through Assistant Federal Public Defender

20  Manuel U. Araujo, and the United States, by and through Special Assistant United States

21  Attorney Ann Marie Ursini, hereby stipulate that, with the Court's approval, the sentencing

22  hearing currently set for Monday, August 6, 2012, at 1:30 p.m., shall be continued to Monday,

23  September 24, 2012 at 1:30 p.m.

24       The request to continue the sentencing hearing date is made on behalf of Mr. Linares-

25  Martinez's counsel who is currently out of the office on medical leave and is not expected to

26

1     return to the office until September 2012. Defense Counsel has contacted Probation Officer

2     Benjamin Flores regarding the continuance and he has no objection to the new sentencing date.

3

4     Dated: July 30, 2012

5                           __/s/_____

6                           MANUEL U. ARAUJO
                          Assistant Federal Public Defender

7                           MELINDA HAAG
                          United States Attorney

8     Dated: July 30, 2012

9                           ___/s/_____
                          ANN MARIE URSINI
                          Special Assistant United States Attorney

10

11

12

13                            **[PROPOSED] ORDER**

14        Good cause appearing, and by stipulation of the parties in the above-captioned matter,

15     IT IS HEREBY ORDERED that the sentencing hearing currently set for Monday, August 6, 2012,

16     shall be continued to Monday, September 24, 2012, at 1:30 p.m.

17

18     Dated: July __31__, 2012

19                           HONORABLE EDWARD J. DAVILA
                          United States District Judge

20

21

22

23

24

25

26